EXHIBIT 125