# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re:  CASE NO. 18-23847-GMH

NELS L. JOHNSON,  CHAPTER 13

      Debtor

## MOTION OF SOUTHWIND MARINE LLC
## TO RESTRICT DOCUMENTS

Southwind Marine LLC ("Southwind"), a creditor of Debtor Nels L. Johnson ("Debtor"), by and through its attorneys Kohner, Mann & Kailas, S.C., submits this Motion to restrict public access to the following documents:

| Docket Entry | Description | Exhibit No. |
|---|---|---|
| 197 | 2014 Johnson Federal Tax Return | 130 |
| 198 | 2014 Johnson Wisconsin Tax Return | 131 |
| 201 | 2015 Johnson Federal Tax Return | 134 |
| 202 | 2015 Johnson Wisconsin Tax Return | 135 |
| 205 | 2016 Johnson Federal Tax Return | 138 |
| 206 | 2016 Johnson Wisconsin Tax Return | 139 |
| 209 | 2017 Johnson Federal Tax Return | 142 |
| 210 | 2017 Johnson Wisconsin Tax Return | 143 |
| 213 | 2018 Johnson Federal Tax Return | 146 |
| 214 | 2018 Johnson Wisconsin Tax Return | 147 |

These above documents include information, which was inadvertently not redacted from the documents, contrary to Bankruptcy Rule 9037. Accordingly, asks that the above documents be immediately restricted. Southwind will file new versions of the above exhibits with the necessary additional redactions.

Dated May 31, 2019

                        Respectfully submitted,

                        KOHNER, MANN & KAILAS, S.C.
                        Attorneys for Southwind Marine LLC


                        By: _/s/__Eric R. von Helms_____
                            Eric R. von Helms

Post Office Address:
4650 North Port Washington Road
Milwaukee, Wisconsin 53212
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: evonhelms@kmksc.com