# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | CASE NO. 18-23847-GMH |
| NELS L. JOHNSON, | CHAPTER 13 |
| Debtor | |

## SUPPLEMENT TO MOTION OF SOUTHWIND MARINE LLC TO RESTRICT DOCUMENTS

Southwind Marine LLC ("Southwind"), a creditor of Debtor Nels L. Johnson ("Debtor"), by and through its attorneys Kohner, Mann & Kailas, S.C., supplements its Motion to Restrict Documents to include an additional document for which public access needs to be restricted.

| Docket Entry | Description | Exhibit No. |
|---|---|---|
| 176 | Certification of Records by Port Washington State Bank Request No. 2 | 109 |

The above documents include information, which was inadvertently not redacted from the documents, contrary to Bankruptcy Rule 9037. Accordingly, Southwind asks that the above documents be immediately restricted. Southwind will file new versions of the above exhibit, along with the exhibits previously referenced in Southwind's Motion to Restrict Documents, with the necessary additional redactions.

Dated May 31, 2019

        Respectfully submitted,

        KOHNER, MANN & KAILAS, S.C.
        Attorneys for Southwind Marine LLC


        By: _/s/__Eric R. von Helms_____
            Eric R. von Helms

Post Office Address:
4650 North Port Washington Road
Milwaukee, Wisconsin 53212
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: evonhelms@kmksc.com